**Albert Sedges**
201 South Rogers Road
Hot Springs, Arkansas 71913
**Phone:** 862-683-6327
**Email:** sedges1@yahoo.com

**DATE:** April 2, 2026

**TO:** The Clerk of the Court / Presiding District Judge
**United States District Court, District of New Jersey**

**RE: AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS (AO-239)**

**TO THE HONORABLE COURT:**

I, **Albert Sedges**, Plaintiff *Pro Se*, submit this formal statement in support of my Application to Proceed *In Forma Pauperis* (Form AO-239). This application is submitted in good faith and is supported by the attached **Social Security Benefit Verification Letter**, which confirms my status as a disabled recipient of Social Security Disability Insurance (SSDI).

I feel it is necessary to bring to the Court's attention a significant and prejudicial procedural failure regarding my prior attempt to seek indigent status. In my previous filing (Case No. 25-cv-17354), I waited **over eight weeks (nearly nine weeks)** for a determination on my IFP application. This unconscionable delay effectively barred my access to the judicial system, as no Summons could be issued and no service could be perfected while the application sat dormant. Ultimately, as a disabled senior citizen on a fixed income, I was forced to reach into my own limited subsistence funds to pay the filing fee simply to move the case forward and avoid further administrative obstruction.

This type of administrative paralysis is unacceptable and functions as a *de facto* dismissal of a meritorious civil rights action. A citizen's access to the Federal Judiciary should not be contingent upon their ability to survive a two-month bureaucratic delay.

I am a disabled individual with no outside income and no access to the assets of my estranged spouse, from whom I have been separated for over six months. My financial reality is clearly established by the attached Social Security documentation.

I respectfully request that the Court process this application with the urgency required by law so that my Constitutional claims may finally be heard on the merits without further administrative obstruction.

Respectfully submitted,

**Albert Sedges**
*Plaintiff Pro Se*

4/2/2026

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| ALBERT N SEDGES | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )  Civil Action No. |
| STUART MINKOWITZ INDIVIDUAL CAPACITY | ) |
| *Defendant/Respondent* | ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Long Form)**

---

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____04/02/2026_____

---

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

8

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 1,700.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ **1,700.00** | $ **0.00** | $ **0.00** | $ **0.00** |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

4.   How much cash do you and your spouse have? $ _____ 0.00 _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ 0.00 | $ 0.00 |
| N/A | N/A | $ 0.00 | $ 0.00 |
| N/A | N/A | $ 0.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

9

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $                           0.00 |
| Other real estate *(Value)* | $                           0.00 |
| Motor vehicle #*1 (Value)* | $                           0.00 |
| Make and year:  N/A | |
| Model:          N/A | |
| Registration #: N/A | |
| Motor vehicle #*2 (Value)* | $ |
| Make and year:  N/A | |
| Model:          N/A | |
| Registration #: N/A | |
| Other assets *(Value)* | $                           0.00 |
| Other assets *(Value)* | $                           0.00 |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $                    0.00 | $                    0.00 |
| N/A | $                    0.00 | $                    0.00 |
| N/A | $                    0.00 | $                    0.00 |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | N/A | 0 |
| N/A | N/A | 0 |
| N/A | N/A | 0 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.       Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☑ No<br>Is property insurance included?  ☐ Yes  ☑ No | $         600.00 | $          0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $          50.00 | $          0.00 |
| Home maintenance *(repairs and upkeep)* | $           0.00 | $          0.00 |
| Food | $         400.00 | $          0.00 |
| Clothing | $           0.00 | $          0.00 |
| Laundry and dry-cleaning | $           0.00 | $          0.00 |
| Medical and dental expenses | $           0.00 | $          0.00 |
| Transportation *(not including motor vehicle payments)* | $           0.00 | $          0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $           0.00 | $          0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's:  N/A | $           0.00 | $          0.00 |
| Life:                        N/A | $           0.00 | $          0.00 |
| Health:                      N/A | $           0.00 | $          0.00 |
| Motor vehicle:               N/A | $           0.00 | $          0.00 |
| Other:                       N/A | $           0.00 | $          0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $           0.00 | $          0.00 |
| Installment payments | | |
| Motor vehicle:               N/A | $           0.00 | $          0.00 |
| Credit card *(name):*        N/A | $           0.00 | $          0.00 |
| Department store *(name):*   N/A | $           0.00 | $          0.00 |
| Other:                       N/A | $           0.00 | $          0.00 |
| Alimony, maintenance, and support paid to others | $           0.00 | $          0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*:   N/A | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ *1,050.00* | $ 0.00 |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☑ No        If yes, describe on an attached sheet.

10.    Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes  ☑ No

If yes, how much?  $ _____ 0.00 _____

11.    Provide any other information that will help explain why you cannot pay the costs of these proceedings.
"Plaintiff and spouse have been legally separated and living in separate residences for over 6 months. A divorce proceeding is currently pending in State Court (Docket No.FM-14-000773-25]). Plaintiff has no access to spouse's income or financial records, and spouse does not contribute to Plaintiff's support or household expenses."

12.    Identify the city and state of your legal residence.
HOT SPRINGS ARKASAS

Your daytime phone number:        (862) 683-6327

Your age: __66__    Your years of schooling: __12__

12



 **Social Security Administration**
**Benefit Verification Letter**

Date: March 10, 2025
BNC#: 25BL795D36206
REF: A, C1

ALBERT NICKLOUS SEDGES
69 MOUNTAINVIEW AVE
MOUNT ARLINGTON NJ 07856-1168

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2024, the full monthly Social Security benefit before any deductions is $1,653.80.

We deduct $185.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,468.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on September 1, 1996.

**Information About Past Social Security Benefits**

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $1,613.50.

We deducted $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,438.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

13