Ex A

**FILED**

**PREPARED BY THE COURT:**

DEC 01 2025

Hon. Stuart A. Minkowitz, A.J.S.C.

IN THE MATTER OF THE : **SUPERIOR COURT OF NEW JERSEY**
APPLICATION FOR : **CHANCERY DIVISION**
AN INJUNCTION AGAINST : **FAMILY PART MORRIS COUNTY**
ALBERT N. SEDGES, :
PREVENTING HIM FROM :
FILING PAPERS WITH THE : Docket No. FM-14-773-25
COURT WITHOUT :
PERMISSION OF THE : <u>Civil Action</u>
ASSIGNMENT JUDGE. :
: **ORDER TO SHOW CAUSE**
:

**THIS MATTER,** having been opened by the court sua sponte, after a review of the one hundred and thirteen (113) voluminous motions/certifications [see attached list] filed between October 1, 2025 and October 27, 2025 by Albert N Sedges, self-represented, in the Chancery Division, Family Part, Morris County, in a matrimonial action under docket number FM-14-773-25; along with an additional one hundred and twenty (120) voluminous motions/certifications from October 27, 2025 to present; and the Court having found these motions/certifications to have no legal or factual merit; and the Court having considered the impact of these filings and of potential future frivolous filings on judiciary resources; and for good cause shown; therefore,

**IT IS,** on this 1st day of December, 2025;

**ORDERED** that Albert N. Sedges shall appear before this Court **in person** on <u>January 12, 2026, at 1:30 p.m.</u>, in the Historic Courtroom, Room C200, Morris

_16_



County Courthouse, Morristown, New Jersey (or by way of a contemporaneous virtual proceeding via teleconference if ordered by the court in advance of the hearing), to show cause why an order should not be entered requiring any future complaints, motions, applications, certifications or correspondence filed by Albert N. Sedges be reviewed by the Assignment Judge of the vicinage in which the matter is pending, as soon as practicable after being filed, but before service is effectuated on any party, with the Assignment Judge having the responsibility, for good cause, to sua sponte dismiss any patently frivolous or non-meritorious ~~BARBATO REFERRAL~~ motions, applications, or notices; and it is further

**ORDERED,** that Albert N. Sedges may file any opposition to this application by no later than January 2, 2026; and it is further

**ORDERED,** that the compilation of cases attached hereto, and all of Albert N. Sedges' notices of motion and supporting documentation associated with Albert N. Sedges in the Chancery Division, Family Part of the Superior Court of New Jersey, Morris County, shall be admitted into evidence pursuant to N.J.R.E. 1006, absent written objection setting forth the basis for the same.

HON. STUART A MINKOWITZ, A.J.S.C.



CONFIDENTIAL  FM-14-000773-25  10/20/2025 06:00:48 PM  Pg 5 of 9  Trans ID: FAM20251711251

**FILED**

**NOV 25 2025**

**Form C - Proposed Order**

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT N. SEDGES
NJ Attorney ID Number  N/A
Address  69 MOUNTAINVIEW AVE MOUNT ARLINGTON NEW JERSEY 07856

Daytime Phone  8626836327  ext. N/A  Cell Phone 0000000000
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT N. SEDGES
(check one) ☐ Plaintiff  ■ Defendant

_CX A_

__CAROL ANN SEDGES__
Plaintiff, (Name as it appears in original caption)

v.

__ALBERT N. SEDGES__
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Par.
County  Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday~~, Saturday, October 18, 2025(*) _____, on a Notice of Motion to:

☐ Continuation/Termination of Child Support      ☐ Motion for Reconsideration
☐ Increase/Decrease Child Support payments       ☐ Enforce Litigants' Rights
☐ Increase/Decrease Alimony payments             ☐ Emancipate a Child
☐ Change Custody arrangements                    ☐ Reimburse Medical Expenses
☐ Change Visitation arrangements                 ☐ Change of Venue
■ Other (specify): __Formal Administrative Complaint and Request for Immediate Judic__
filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ☐ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _November 24, 2025_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)
   a. _____
   b. _____

Revised 08/06/2020, CN 10483                                          page 25 of 36

**18**

# EX-B

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

Defendant failed to make a request for relief that was supported by law and/or fact. Defendant filed the same motion five times, on 10/18/25 (twice), on 10/20/25, and on 10/21/25 (twice). Defendant has filed fifty-one motions and/or certifications since 10/19/25, seeking similar relief to this motion and/or previous motions. Therefore,

2. The _Morris_ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS-_N/A_, required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_
, J.S.C.

Defendant is hereby referred to the Hon. Stuart Minkowitz, A.J.S.C., for a hearing on whether Defendant should be found to be a vexatious litigant, pursuant to Rosenblum v Borough of Closter, 333 N.J. Super 385, 395-397 (App. Div. 2000).

Ex B

DENYING HIS OWN COMPAINT
SAYS I'M VEXATOUS

19

Ex-C

**PREPARED BY THE COURT**

| | |
|---|---|
| **IN THE MATTER OF ALBERT N. SEDGES.** | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION – FAMILY PART, MORRIS COUNTY<br><br>**FILED**<br><br>FEB 0 4 2026<br><br>Hon. Stuart A. Minkowitz, A.J.S.C. Superior Court of New Jersey Judge's Chambers |
| **CAROL A. SEDGES,**<br> *Plaintiff,*<br><br>v.<br><br>**ALBERT N. SEDGES,**<br> *Defendant.* | DOCKET NO: FM-14-773-25<br><br>Civil Action<br><br>**ORDER DISMISSING SUBMISSION(S)/FILING(S)/ MOTION(S) AS FRIVOLOUS** |

**WHEREAS,** on February 2, 2026, the Court, after hearing, determined that Albert N. Sedges engaged in pattern of harassing and vexatious litigation amounting to an abuse of process, and entered an order, pursuant to <u>Rosenblum v. Borough of Closter</u>, 333 N.J. Super. 385 (App. Div. 2000), requiring "all submissions hereinafter filed by [Mr. Sedges] [ ] to be reviewed by the Assignment Judge of the Superior Court of the vicinage in which they are filed, as soon as practicable after being filed, but before a summons is issued and/or service is effectuated on any party, with the Assignment Judge of the Superior Court of the vicinage in which it is filed, having

20 ¹



the responsibility, for good cause, to <u>sua</u> <u>sponte</u> dismiss any patently frivolous filing;" and

**WHEREAS,** on February 4, 2026, Mr. Sedges uploaded a filing/submission in the New Jersey Courts Judiciary Electronic Document System ("JEDS"), under the within Family Part docket number (eCourts Trans ID: **FAM2026173003**), what appears to a Summons and Complaint with a request for an emergent stay against the trial judge in his matter, purportedly filed in the United States District Court for the District of New Jersey; and

**WHEREAS,** although Mr. Sedges is a pro se litigant, he is nevertheless required to abide by the Rules Governing the Courts. See <u>Rubin v. Rubin</u>, 188 N.J. Super. 155, 159 (App. Div. 1982); and

**WHEREAS,** Mr. Sedges has been advised and warned by court staff and his trial judge on several occasions to file in accordance with the requirements of the Rules Governing the Courts; and

**WHEREAS,** Mr. Sedges' filing/submission fails to abide by any of the requirements of Rules Governing the Courts, and particularly, Rules 1:5-6(b); 1:6-2; 1:6-4; 1:6-5; and/or 5:5-4; and

**WHEREAS,** Mr. Sedges' filing/submission, to the extent it can be understood, appears to seek relief from the federal courts against his trial judge and

21

**Ex·C**

not the parties to the instant litigation, and thus, irrelevant to the instant litigation; and

**WHEREAS,** Mr. Sedges' filing/submission, in substance, is entirely incomprehensible, and appears to have been filed/submitted solely to influence and/or intimidate the trial judge and/or the plaintiff; and

**WHEREAS,** the Court finds that Mr. Sedges' filing/submission under eCourts Trans ID: **FAM2026173003** is patently frivolous, and upon good cause having been shown; therefore,

**IT IS,** on this 4th day of February, 2026;

**ORDERED**, as follows:

1. Albert N. Sedges' filing/submission of February 4, 2026, under eCourts Trans ID: **FAM2026173003**, be and hereby is dismissed as frivolous, and shall not be served on any party.

2. This order, and any subsequent order of dismissal due to frivolity, if any, unless otherwise indicated, shall not preclude an application for, or a finding of Contempt of Court/Enforcement of Litigant's Rights, under Court Rule 1:10, or to the extent applicable, the consideration or issuance

**22**

of sanctions in accordance with Court Rules 1:2-4;1:4-8; 5:7-2(b); and/or

5:7-5.                **Ex-C**

/s/ Stuart A. Minkowitz

_____

HON. STUART A. MINKOWITZ, A.J.S.C.

The Court has served a copy of this Order on all parties via email and regular

mail.

**23**

Case 2:25-cv-17354-ES-JBC    Document 8    Filed 03/03/26    Page 1 of 7 PageID: 119

# SUPERIOR COURT OF NEW JERSEY


EX-D

# CHANCERY DIVISION – FAMILY PART

# MORRIS VICINAGE

**ALBERT SEDGES**, Plaintiff, v. **SEDGES**, Defendant.

DOCKET NO.: FM-14-000773-25

**SUPPLEMENTAL CERTIFICATION OF ALBERT SEDGES: RECORD OF SYSTEMIC DUE PROCESS VIOLATIONS AND JUDICIAL DEFIANCE**

**TO: ASSIGNMENT JUDGE MINKOWITZ, SUPERIOR COURT OF NEW JERSEY**

**SUBJECT TO FEDERAL CONSTITUTIONAL TORT ACTION**

**ATTENTION: THE HONORABLE ESTHER SALAS, U.S.D.J. (NOTICE OF SUPPLEMENTAL EVIDENCE: CASE NO. 2:25-cv-17354)**

I, ALBERT SEDGES, of full age, hereby certify the following to be true under penalty of perjury:

1. **OFFICIAL NOTIFICATION OF FEDERAL TARGET STATUS:** Let this Supplemental Certification serve as official and formal notification that **Assignment Judge Minkowitz** is now a direct target of a Federal Lawsuit for violating my protected civil rights under the **Color of Law**, pursuant to **42 U.S.C. § 1983**. This Court's conduct on February 2, 2026, is the **last straw**. I have had enough of this nonsense and will no longer tolerate the systemic manipulation of judicial procedure to facilitate my injury. **THE HONORABLE ESTHER SALAS, U.S.D.J., WILL BE MADE AWARE OF THIS CONDUCT AS OF TODAY.**

2. **CONTINUED PATTERN OF FLAGRANT HUBRIS & VIOLATION OF SUPREME COURT PRECEDENT:** This type of unprofessional behavior goes hand-in-hand with the conduct of **Judge Barbato**, who was served with a Federal Summons on **Tuesday, January 27th, at 1:31 PM**, yet had the audacity to come into court the very next day, January 28th, to preside over my Order to Show cause and deny it. This is a flagrant example of hubris and the deprivation of my rights. Under the United States Supreme Court precedent set in **Caperton v. A.T. Massey Coal Co.**, and the **New Jersey Code of Judicial Conduct**, a judge is strictly prohibited from presiding over a case where there is a "probability of bias" or a direct conflict of interest. A judge who is under a Federal Summons and continues to adjudicate over the very Plaintiff who filed that Federal Complaint is in direct violation of the Due Process Clause of the **14th Amendment**.

3. **THE CONSTITUTIONAL TORT & VIOLATION OF JUDICIAL CANONS:** I submit this Certification as a formal record of a **Constitutional TORT** and a violation of the **New Jersey Code of Judicial Conduct, Canon 1 and Canon 2**. By manipulating the 2:00 PM (EST) hearing time and withholding the Zoom link until **2:13 PM (EST)** (Sent by Victoria Dalessandro at 1:13 PM CST), the Court has engaged in a "bad-faith" deprivation of my **14th Amendment right to Due**



Case 2:25-cv-17354-ES-JBC    Document 8    Filed 02/03/26    Page 2 of 2 PageID: 120

**Process**. This is a predatory pattern of adjudication that the **Hon. Esther Salas** will be made aware of as of today.

4. **VIOLATION OF LAW FOR UNTIMELY NOTICE & LACK OF PREDICTABILITY:** The Court has shown utter contempt for **N.J. Ct. R. 1:5-1** regarding the necessity of service and **Fair Notice**. I do not possess a "crystal ball," nor am I required to read the Court's mind. By withholding the Zoom notification until the **very day of the hearing** and transmitting it **thirteen minutes AFTER the scheduled start time**, the Court has provided **UNTIMELY NOTICE**, which is no notice at all. Under New Jersey law and the **Due Process Clause**, notice must be reasonably calculated to apprise parties of the proceedings. Sending a link after the doors are supposed to be open is a calculated ambush that renders these proceedings legally void.

5. **THE REASONABLE PERSON STANDARD & DEFAULT OF THE BENCH:** Under any **"Reasonable Person Standard,"** a litigant is entitled to conclude that a hearing has been vacated when the Court fails to provide access by the appointed hour. I was prepared at 2:00 PM (EST). I waited through a reasonable grace period, and when 2:10 PM passed with no link and no communication, the Court effectively defaulted on its own Order. To expect a litigant to remain in indefinite suspension for a non-responsive Court is an arbitrary and capricious exercise of power.

6. **SABOTAGE OF THE RIGHT TO COUNSEL & FINANCIAL PREJUDICE:** This Court granted an adjournment for the purpose of securing Counsel under **N.J. Ct. R. 1:11-2**. However, by withholding the Zoom link until thirteen minutes **AFTER** the hearing was scheduled on the **very day of the event**, the Court made it a logistical and financial impossibility to effectively have an attorney present and prepared to go on the record. This Court is "playing fast and free" with my rights and my potential legal costs. This calculated delay creates a strategic barrier to representation, as no counsel can be expected to remain available for a hearing that the Court itself failed to initiate on time. This is a willful violation of my **6th Amendment right to Counsel**.

7. **NOTICE OF NON-WAIVER & STANDING ON THE RECORD:** My refusal to participate in a "ghost hearing" sent late on the very day it was scheduled is an **assertion** of my rights. I will not be a party to a "Star Chamber" proceeding that mocks the **New Jersey Court Rules** and the **Constitutional Mandates** it is sworn to uphold. Any order resulting from this defective process is **void ab initio**.

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**

Dated: February 2, 2026

Ex-D

EX-E

CONFIDENTIAL  FM-14-000773-25   11/28/2025 10:54:47 AM   Pg 5 of 15   Trans ID: FAM20251916088

# FILED

### Form C - Proposed Order

FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT SEDGES

Martin F. Barbato, J.S.C.

NJ Attorney ID Number   N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR. 71901 BLDG I APT. 130

Daytime Phone  8626836327 ___ ext. N/A ___ Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

| | |
|---|---|
| CAROL SEDGES | Superior Court of New Jersey |
| Plaintiff, (Name as it appears in original caption) | Chancery Division-Family Part |
| | County   Morris |
| v. | Docket Number  FM-14-000773-25 |
| ALBERT SEDGES | **Civil Action** |
| Defendant (Name as it appears in original caption) | **Order** |
| | (See Below) |

THIS MATTER being opened to the court on ~~Friday,~~ *November 28, 2025* _____, on a Notice of Motion to:

☐ Continuation/Termination of Child Support      ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments      ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments      ☐ Emancipate a Child

☐ Change Custody arrangements      ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements      ☐ Change of Venue

■ Other (specify):  <u>obstruction and violation of process OF ORIGINAL COMPLAINT</u>

filed by ☐ plaintiff / ■ defendant and  _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this *February 3, 2026* ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

26

# EX-E

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant failed to state a claim upon which relief could be granted. Denied.*

2. The __Morris__ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- N/A _____, required by this order and reissue, if necessary, any income withholding orders.

_Martin J. Barbato_

MARTIN F. BARBATO                , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.,* 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").



27

**EX-E**

CONFIDENTIAL FM-14-000773-25  11/28/2025 01:49:44 PM  Pg 5 of 26  Trans ID: FAM20251916186

**FILED**

Form C - Proposed Order

FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**

Martin F. Barbato, J.S.C.

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
71901 BLDG I APT. 130

Daytime Phone  8626836327  ext. N/A  Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County  Morris

Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _November 28, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify): obstruction and violation of process _of MOTION TO COMPEL DISCOVERY_

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____
   b. _____

**28**

EX-E

CONFIDENTIAL FM-14-000773-25   11/28/2025 01:49:44 PM   Pg 6 of 26   Trans ID: FAM20251916186

c. _____
d. _____
(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant's request for relief was previously addressed in the Court's Orders of November 21, 2025, and December 3, 2025*

_____

_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS-_N/A_____, required by this order and reissue, if necessary, any income withholding orders.

*Martin L Barbato*

MARTIN F. BARBATO          , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also *Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

29



CONFIDENTIAL  FM-14-000773-25  01/29/2026 01:49:01 PM  Pg 8 of 300  Trans ID: FAM2026144230

**FILED**

**Form C - Proposed Order**

FEB 27 2026

**Filing Attorney Information or Pro Se Litigant:**

Martin F. Barbato, J.S.C.

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD.HOT SPRINGS AR.
71901 BLDG 1 APT 130

Daytime Phone  8626836327    ext. N/A    Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ☒ Defendant

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County  Morris

Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on Friday, _January 29, 2026_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support    ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments    ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments    ☐ Emancipate a Child

☐ Change Custody arrangements    ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements    ☐ Change of Venue

☒ Other (specify): COMPLAINT AGAINST JUDGE BARBATO (COMPLAINT) ||

filed by ☐ plaintiff / ☒ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ☒ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 27, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ☒ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

Revised 08/06/2020, CN 10483

page 25 of 36

**30**

CONFIDENTIAL FM-14-000773-25  01/29/2026 01:49:01 PM  Pg 9 of 300  Trans ID: FAM2026144230

# EX -E

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Denied. Relief requested was denied several times before_
_this motion, which was filed in duplicate on 1/29/26._

_____

_____

_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_
Martin F. Barbato _____ ,J.S.C.

**ADJUDICATING**
**INTERCEPTING HIS OWN COMPLAINT**

---

# PLAINTIFF'S NOTICE OF FACTUAL CONTRADICTION AND STANDING OBJECTION

**TO THE FEDERAL COURT:** The Plaintiff hereby submits this standing objection to the specific findings typed/handwritten by the Defendant (Judge Barbato) on this order. The Court is requested to compare the "reasons" stated herein against the actual existing record of the 22 motions and 7 "boilerplate" denials previously filed in the State matter.

- **RE: "ADDRESSED IN PREVIOUS ORDERS":** This is a material misstatement of the record by the Defendant. This issue has never been substantively adjudicated. There is no Case Management Order (CMO), no Statement of Reasons, and no transcript containing a legal analysis of these specific claims.

- **RE: "DUPLICATE FILING":** This characterization is disingenuous. The Plaintiff was forced to refile due to the State Court's consistent refusal to provide a "Form C" compliant order that would allow for a meaningful appeal.

- **RE: "RETALIATORY INTENT":** This order was issued on 01/29/26, immediately following the Plaintiff's exercise of his First Amendment right to seek Federal relief. It serves no legitimate judicial purpose other than to obstruct the Plaintiff's path to the Appellate Division and to punish the Plaintiff for exposing the State Court's ongoing due process violations.

- **RE: LACK OF CANDOR:** The Defendant's reliance on "Summary Denials" without a factual basis is a direct violation of the duty of candor. The Plaintiff requests that the Federal Court refer to the full record to confirm that the relief requested has remained "un-addressed" for the duration of this litigation.

The Plaintiff maintains that this order is a "Paper Tiger" designed to create a false narrative of vexatious litigation while shielding the Defendant from appellate scrutiny.

_31_

CONFIDENTIAL FM-14-000773-25  01/05/2026 02:26:55 AM  Pg 5 of 15  Trans ID: FAM20266192



**FILED**

**FEB 03** 2026

Martin F. Barbato, J.S.C.

**Form C - Proposed Order**

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
~~71901 BLDG 1 APT 130~~

Daytime Phone  8626836327 ____ ext. N/A ___ Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris
Docket Number  FM-14-000773-25

**Civil Action**

**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _January 5, 2026_ , on a Notice of
Motion to:

☐ Continuation/Termination of Child Support    ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments    ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments    ☐ Emancipate a Child

☐ Change Custody arrangements    ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements    ☐ Change of Venue

■ Other (specify): COMPLAINT JUDGE BARBATO /VIOLATION OF CMC

filed by ☐ plaintiff / ■ defendant and _____
    (leave blank, Judge will enter name of other party or their lawyer)
appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and
considered the certifications and other papers filed herein and having heard the arguments and
considered the arguments of the parties and for good cause shown; It is now
this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See
   step 5 on page 10)
   a. _____
   b. _____

**3ᴧ**

CONFIDENTIAL FM-14-000773-25  01/05/2026 02:26:55 AM  Pg 6 of 15  Trans ID: FAM20266192

EX · E

c. _____
d. _____
(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).
This motion seeks the same relief addressed in defendants
December 16, 2025, Motion.
_____
_____
_____
_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_____Martin Barbato_____
MARTIN F. BARBATO    , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review**. *See also Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

33

CONFIDENTIAL FM-14-000773-25   11/01/2025 12:25:49 PM   Pg 5 of 16   Trans ID: FAM20251785990



**FILED**

DEC 05 2025

**Form C - Proposed Order**

**Martin** F. Barbato, J.S.C.

RECUSH(
COMP(AINT

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT N. SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
71960 BLDG I APT 130

Daytime Phone 8626836327      ext. N/A      Cell Phone _____
Email Address  SEDGES1@YAHOO .COM
Your Name  ALBERT N. SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT N. SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County    Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on Friday, _November 1, 2025_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support      ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments      ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments      ☐ Emancipate a Child

☐ Change Custody arrangements      ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements      ☐ Change of Venue

■ Other (specify):  JUDICIAL RECUSIAL JUDGE BARBATO

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _December 5, 2025_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

    a. _____
    b. _____

Revised 08/06/2020, CN 10483                                                          page 25 of 36

34

CONFIDENTIAL FM-14-000773-25  10/20/2025 06:00:48 PM  Pg 6 of 9  Trans ID: FAM20251711251

EX B

c. _____
d. _____
(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*This is a duplicate of defendant's previous motion of October 20, 2025, which was denied pursuant to the Courts November 25, 2025, Order.*

_____
_____
_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

*DENYING HIS RECUSAL* Martin F. Barbato ,J.S.C.

*DUPLICATE of WHAT WHERE IS IT ?*

To address this, you are dealing with a violation of the **Principle of Administrative Hierarchy** and the **Conflict of Interest** rules. In New Jersey, once a formal complaint or a motion for recusal is filed based on a judge's conduct, that judge loses the neutral "competence" to decide his own fate, especially when the rules designate the Assignment Judge as the arbiter.

I have provided the concise legal statement for your recusal motion below. Following that, I have maintained the entire main document in one block, without truncating, editing, summarizing, or paraphrasing.

## LEGAL NOTICE: JUDICIAL USURPATION OF ADMINISTRATIVE AUTHORITY

**Rule of Law:** Under **New Jersey Court Rule 1:12-2**, while a judge may initially hear a motion for recusal, a judge cannot "judge his own cause" or adjudicate a formal conduct complaint filed against him. Furthermore, **N.J. Court Rule 1:33-2** designates the **Assignment Judge** as the chief judicial administrator of the vicinage with the exclusive authority to oversee judicial conduct complaints and the "transfer of actions."

**Violation:** Defendant Barbato acted in the **clear absence of all jurisdiction** by denying his own recusal motion and summarily dismissing a formal complaint filed against him with the Assignment Judge. By adjudicating his own complaint, the Defendant usurped the authority of **Assignment Judge Minkowitz**, creating a "shield of self-protection" that violates the **14th Amendment Due Process** guarantee of an impartial tribunal and the **New Jersey Code of Judicial Conduct (Canon 2)**.

35

CONFIDENTIAL FM-14-000773-25  12/29/2025 12:15:20 AM  Pg 5 of 27  Trans ID: FAM20252055810

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

**Form C - Proposed Order**

**EX F**

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH ROGERS RD. HOT SPRINGS AR 71901 BLDG 1 APT 130

Daytime Phone 8626836327      ext. N/A      Cell Phone
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County  Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday~~, _December 29, 2025_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements
☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue

■ Other (specify): "Two-Pronged Fraud Upon the Court" by judge MINKOWITZ

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)
   a. _____
   b. _____

Revised 08/06/2020, CN 10483                                          page 25 of 36

**36**

EX. F

c. _____
d. _____
(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Failure to state a claim and/or to provide legally_
_sufficient support for a claim upon which relief_
_can be granted._

_____

_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_
Martin F. Barbato          , J.S.C.

## FOR CHIEF JUSTICE - RABNER
## INTERCEPTED BY BARBATO.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

37

CONFIDENTIAL FM-14-000773-25   12/16/2025 01:29:15 PM   Pg 5 of 11   Trans ID: FAM20252008584



**Form C - Proposed Order**

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBWERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
~~BLDG I APT 130 BLDG I APT 130~~

Daytime Phone  8626836327     ext. N/A    Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris

Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 16, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support     ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments     ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments     ☐ Emancipate a Child

☐ Change Custody arrangements     ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements     ☐ Change of Venue

■ Other (specify): COMPEL THE COURT FOR C.M.C. HEARING _____

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now
this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

    a. _____

    b. _____

**38**

EX - G

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant fails to state a claim upon which relief can be granted by motion. Defendant is free to contact the court to ask for a case management conference*

2. The **Morris** County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- **N/A**, required by this order and reissue, if necessary, any income withholding orders.

*Martin F Barbato*

MARTIN F. BARBATO  , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review**. See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

39

CONFIDENTIAL  FM-14-000773-25   01/15/2026 10:04:11 AM   Pg 1 of 2   Trans ID: FAM202671817

# FILED

FEB 13 2026

Martin F. Barbato, J.S.C.

JOHN P. DELL'ITALIA, ESQ.
ATTORNEY I.D. No.: 002071981
DELL'ITALIA & SANTOLA
18 TONY GALENTO PLAZA
ORANGE, NEW JERSEY 07050
Ph. 973-672-8000
Attorney(s) for Plaintiff, Carol Ann Sedges



| | |
|---|---|
| CAROL ANN SEDGES | : SUPERIOR COURT OF NEW JERSEY<br>: CHANCERY DIVISION : FAMILY PART<br>: MORRIS COUNTY |
| Plaintiff, | : DOCKET NO. FM-14-000773-25 |
| vs. | : CIVIL ACTION |
| ALBERT NICHOLAS SEDGES | : |
| Defendant. | : ORDER |

**THIS MATTER** having been opened to the Court by John P. Dell'Italia, Esq. counsel for the

Plaintiff in the above matter, and the Court having reviewed the papers submitted and for good

cause having been shown;

**IT IS** on this                 day of                 , 2026

**ORDERED** that:

1. The Defendant is to remove his personal property from the marital residence prior

   to the sale of the marital residence by *February 28, 2026; otherwise, the property shall be deemed in abandoned.*

2. That $11,750.00 will be escrowed from Defendant's share of the marital residence *for potential* to reimburse the Plaintiff for legal expenses arising out of spurious actions filed *to*

   by the Defendant in Civil Court; *The actual disbursement of these funds shall be subject to a separate for fees, on notice to defendant, after the closing of the sale of the former marital home.*

**40**

CONFIDENTIAL  FM-14-000773-25  01/15/2026 10:04:11 AM  Pg 2 of 2  Trans ID: FAM202671817

EX - H

**IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all parties within seven (7) days of this date. *For the reasons set forth in the supporting Certifications.*

*Martin F Barbato*
Martin F. Barbato, J.S.C.

(X) Opposed
( ) Unopposed

WHILE
UNDER FED SUMMONS

41

**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

**ALBERT SEDGES, Plaintiff, v. MARTIN BARBATO, Defendant.**

**Case No.: 25-cv-17354**

**URGENT NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF EMERGENCY MOTION FOR STAY**

Plaintiff, Albert Sedges, hereby submits the attached Order issued by the Superior Court of New Jersey (Vicinage 10) dated February 4, 2026. This evidence is vital to the Court's consideration of the pending Emergency Motion for Stay for the following reasons:

1. **Active Obstruction of Federal Process:** The attached Order explicitly attempts to "dismiss" Plaintiff's Federal Summons and Complaint, which were uploaded to the state's electronic system for notice purposes. The State Court has reached beyond its jurisdiction to declare a Federal Filing "frivolous" and "incomprehensible."

2. **Interference with Service of Process:** The State Court has ordered that Plaintiff's Federal filings "shall not be served on any party," directly interfering with this Court's jurisdiction and the Plaintiff's right to effectuate service under the Federal Rules of Civil Procedure.

3. **Retaliation and Intimidation:** The Order threatens the Plaintiff with "Contempt of Court" and "Sanctions" specifically for seeking relief in the United States District Court. This represents an immediate and chilling escalation of the Due Process violations detailed in the Plaintiff's Complaint.

4. **Irreparable Harm:** This Order proves that the State Court intends to proceed with the underlying litigation in total defiance of this Federal action, necessitating an immediate Stay to protect the Plaintiff's Constitutional rights.

Respectfully submitted,

Albert Sedges, Plaintiff Pro Se Dated: February 4, 2026

EX.I

Case 2:25-cv-17354-ES-JBC    Document 12    Filed 02/04/26    Page 1 of 1 PageID: 134

**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

**ALBERT SEDGES, Plaintiff, v. MARTIN BARBATO, Defendant.**

**Case No.: 25-cv-17354**

## CERTIFICATION OF ALBERT SEDGES IN SUPPORT OF EMERGENCY STAY AND IN RESPONSE TO STATE COURT OBSTRUCTION

I, ALBERT SEDGES, of full age, hereby certify as follows:

1. I am the Plaintiff in the above-captioned federal matter. I make this certification based on personal knowledge and in response to the "Order Dismissing Submissions" issued by the Superior Court of New Jersey on February 4, 2026.

2. **VIOLATION OF PROCEDURAL DUE PROCESS:** On February 2, 2026, the State Court purportedly held a hearing that resulted in a "vexatious litigant" designation against me under *Rosenblum v. Borough of Closter*. I was denied entry to this hearing despite being present and ready to proceed at the scheduled time of 2:13 PM. Issuing a restrictive "Gatekeeper" order without allowing me to be heard is a fundamental violation of the 14th Amendment.

3. **EXPANSION OF THE "BLACKOUT":** Prior to this order, I submitted over 80 verified certifications to the State Court detailing misconduct and evidence. The State Court maintained a total "blackout," refusing to acknowledge or docket these filings. The February 4th Order now formalizes this blackout by labeling all future filings as "frivolous" before they are even read.

4. **DIRECT OBSTRUCTION OF FEDERAL JURISDICTION:** The State Court's February 4th Order explicitly references my Federal Lawsuit (Case No. 25-cv-17354) and declares it "incomprehensible." Furthermore, the State Court has ordered that my Federal filings **"shall not be served on any party."** This is a direct attempt by a State Defendant to use his judicial office to block the service of process of a Federal Summons.

5. **JUDICIAL RETALIATION:** The February 4th Order concludes by threatening me with **Contempt of Court** specifically for seeking relief in the United States District Court. This constitutes unlawful retaliation intended to chill my First Amendment right to petition this Court for a redress of grievances.

6. **IRREPARABLE HARM:** By closing the doors of the State Court and simultaneously threatening me with jail for seeking Federal intervention, the Defendant has created a legal vacuum where my Constitutional rights are being discarded without recourse. An immediate Stay of the state proceedings is the only remedy to prevent further administrative and judicial overreach.

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**

Dated: February 4, 2026

**ALBERT SEDGES, Plaintiff Pro Se**

EX-I

43



CONFIDENTIAL FM-14-000773-25   12/31/2025 01:09:58 PM   Pg 5 of 14   Trans ID: FAM20252070406

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

**Form C - Proposed Order**

Filing Attorney Information or Pro Se Litigant:
Name ALBERT SEDGES
NJ Attorney ID Number N/A
Address 201 SOUTH ROGERS RD. HOT SPRINGS AR. 71901
~~BLDG 1 APT 130~~

Daytime Phone 8626836327 ___ ext. N/A ___ Cell Phone _____
Email Address SEDGES1@YAHOO.COM
Your Name ALBERT SEDGES
(check one) ☐ Plaintiff ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County Morris
Docket Number FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 31, 2025_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements
■ Other (specify): CROSS MOTION ADMIN OVERSIGHT/DIS. ASSIGN JUDGE

☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ■ denied the following relief(s): (See step 5 on page 10)
   a. _____
   b. _____

EX - 44



EX·J

CONFIDENTIAL FM-14-000773-25   12/31/2025 01:04:41 PM   Pg 6 of 37   Trans ID: FAM20252070359

c.  _____

d.  _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Failure to state a claim and/or to provide legally_
_sufficient support for a claim upon which relief_
_can be granted._

2.  The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

THIS WAS FOR THE
ASSIGNMENT JUDGE
MOTION TO RECUSE FOR SUA SPONTE VIOLATION
34 HELD OVER
USURPING AUTHORITY/DOCUMENT INTERCEPTION
DEF. UNDER FED. SUMMONS

_Martin F. Barbato_
Martin F. Barbato   , J.S.C.

LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

Rule of Law: Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

Violation: The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's Procedural Due Process and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his Right to Appellate Review. See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

45

CONFIDENTIAL  FM-14-000773-25   12/31/2025 01:04:41 PM  Pg 5 of 37  Trans ID: FAM20252070359



**FILED**

FEB 03 2026

**Form C - Proposed Order**

Martin F. Barbato, J.S.C

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH ROGERS RD HOT SPRINGS AR. 71901
~~BLDG I APT 130~~

Daytime Phone  8626836327    ext. N/A    Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 31, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements

☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue

■ Other (specify):  "DEFENDANT'S OPPOSITION TO ORDER TO SHOW CAUSE

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____
   b. _____

Revised 08/06/2020, CN 10483

page 25 of 36

4/6

CONFIDENTIAL  FM-14-000773-25  12/31/2025 01:04:41 PM  Pg 6 of 37  Trans ID: FAM20252070359

EX-J

c. _____
d. _____
(Attach additional sheets of 8.5" x 11" white paper if necessary.)

. Additional Relief. (Leave these lines blank for the Judge).
*Failure to state a claim and/or to provide legally sufficient support for a claim upon which relief can be granted.*

_____

_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

*Martin F. Barbato*
Martin F. Barbato          , J.S.C.

**LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.,* 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

47

**FILED** **Ex J**

JAN 29 2026

Prepared by the Court:                    Martin F. Barbato, J.S.C.

CAROL A. SEDGES,

                  Plaintiff,

v.

ALBERT N. SEDGES,

                  Defendant.

: SUPERIOR COURT OF NEW JERSEY
: CHANCERY DIVISION – FAMILY PART
: COUNTY OF MORRIS
: DOCKET NO.: FM 14-773-25
:
:
: **ORDER**
:
:
:
:

IT IS on this 29th day of JANUARY 2026, **ORDERED** that Albert N. Sedge's ("Defendant") application for an Order to Show Cause ("OTSC"), filed on January 27, 2026, is **DENIED**. THIS Court finds that Defendant's application for an OTSC is denied for the following reason(s):

(  ) The moving party has an adequate remedy at law, as moving party may file a motion.

( x ) There is no credible threat that substantial, immediate, and irreparable harm will occur if the injunction does not issue;

( x ) The movant has not established that there is a reasonable probability of success on the merits of the claim or the law on which the movant bases his/her claim is unsettled;

(  ) The possibility of harm to the nonmoving party should the injunction issue outweighs the possible harm to the moving party;

(  ) Movant should provide notice to the adversary or the adversary must consent to these restraints;

(  ) Movant has not submitted a brief;

**IT IS FURTHER NOTED** that Defendant's OTSC application is essentially an out-of-time motion for reconsideration of the Court's September 12, 2025.

_____
**HON. MARTIN F. BARBATO, J.S.C.**

UNDER FEDERAL SUMMONS

**MOVANT SHALL SERVE A COPY OF THE SUBMISSION AND THIS ORDER UPON ADVERSARY WITHIN ONE DAY**

48