**VIA ADS WEBFORM SUBMISSION**

**TO:** Office of the Clerk / Newark Vicinage
**FROM:** Albert N. Sedges, Plaintiff Pro Se
**DATE:** April 17, 2026
**RE:** Filing Discrepancy / Processing Delay
**CASE:** *Sedges v. Minkowitz*, Case No: 2:26-cv-03662-CCC-CF

**ATTENTION: CLERK OF THE COURT**

This correspondence is regarding a submission error in the processing of my **Second Amended Complaint**.

On April 13, 2026 (Ref: Submission at 02:18 AM), I submitted the following via the ADS system:

- **Document 1 Description: 2nd Amended Complaint Part 1 (Pages 1-61)**

As of today, April 17, 2026, **Part 1** of this complaint (which contains the jurisdictional foundation and initial counts) has not yet been processed or appearing on the Pacer/ECF docket. However, the subsequent part of this same filing has already been processed and approved.

Because **Part 1** is the primary component of the Second Amended Complaint, it is imperative that it be docketed correctly to ensure the integrity of the record. The second part cannot stand as a complete pleading without the inclusion of these first 61 pages.

Please investigate the status of the April 13th submission for **Part 1 (Pages 1-61)** and ensure it is tied to the current Case Number: 2:26-cv-03662-CCC-CF.

Thank you for your immediate attention to this administrative matter.

Respectfully submitted,

**/s/ Albert N. Sedges**
Albert N. Sedges
Plaintiff, Pro Se
(862) 683-6327
SEDGES1@YAHOO.COM