**VIA ADS WEBFORM**

April 18, 2026

Melissa E. Rhoads, Clerk of Court
United States District Court, District of New Jersey
Martin Luther King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: ALBERT SEDGES v. STUART MINKOWITZ**
**Case No.: 2:26-cv-03662-CCC-CF**
**Subject: SECOND NOTIFICATION Regarding Unprocessed Filing (ADS Submission April 13, 2026)**

Dear Ms. Rhoads:

I am writing to provide a **second notification** regarding the status of a filing submitted via the ADS Webform on Monday, April 13, 2026, at 2:18 AM. My initial inquiry into this matter remains unresolved.

My submission for the **Second Amended Complaint** was divided into two parts due to file size. While the second portion of the document has been processed and appears on the CM/ECF docket, **Part 1 (Pages 1–61)** remains unprocessed.

Because Part 1 contains the foundational allegations and jurisdictional basis for this action, the current docket record is fragmented and incomplete. I respectfully request that the Clerk's Office review the April 13th submission and finalize the docketing of the initial 61 pages to ensure the Second Amended Complaint is reflected in its entirety.

Thank you for your prompt attention to this second request.

Respectfully submitted,

*/s/ Albert Sedges*
Albert Sedges, Pro Se
201 South Rogers Road
Building I, Apartment 130
Hot Springs, AR 71913
862-683-6327
SEDGES1@YAHOO.COM