UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALBERT SEDGES, Plaintiff,
v.
STUART MINKOWITZ, Defendant.

Civil Action No.: 2:26-cv-03662-CCC-CFF

RULE 16 FORMAL ADMINISTRATIVE COMPLAINT: OBSTRUCTION OF THE RECORD AND CLERICAL MISCONDUCT

TO: THE HONORABLE RENEE MARIE BUMB, CHIEF JUDGE
TO: THE HONORABLE CLAIRE C. CECCHI, U.S.D.J.
TO: THE HONORABLE CHRISTOPHER F. FALK, U.S.M.J.

## I. PRELIMINARY STATEMENT

Plaintiff, Albert Sedges, appearing *pro se*, submits this Formal Administrative Complaint to alert the Court to a pattern of **bad-faith docketing and administrative obstruction** by the Clerk's Office. The Clerk's Office has engaged in the "relabeling" of forensic evidence to mask clerical negligence, effectively sanitizing the judicial record in a Federal Civil Rights action.

## II. THE ANATOMY OF A COVER-UP

The evidence of administrative sabotage is documented in the ECF system and Plaintiff's ADS receipts (Exhibits A, B, C, and D):

1. **Intentional Blackout:** The Clerk's Office suppressed Plaintiff's 147-page filing for eight (8) days, refusing to docket it until Plaintiff filed a formal Notice of Deficiency (Doc #7).

2. **Retaliatory Truncation:** Within five minutes of Plaintiff's deficiency notice, the Clerk "clipped" the 147-page Second Amended Complaint, docketing only "PGS. 1-61" (Doc #8). By doing so, the Clerk unilaterally **shredded 86 pages of evidence**—including Block 3 (The 27-Order Massacre), Block 4 (Retaliatory Threats), and Block 5 (Forfeiture of Competence).

3. **The "Duplicate" Fraud:** The Clerk then issued a "Quality Control Message" characterizing the full 147-page submission as a "duplicate." This is a **verifiable falsehood**. A document containing 86 additional pages of forensic evidence cannot be a duplicate. This label is an attempt to "launder" clerical negligence by blaming the litigant for "redundancy."

4. **Forensic ADS Proof (Exhibit D):** Plaintiff's ADS Webform Submission receipt proves the Second Amended Complaint was successfully transmitted on **Monday, April 13, 2026, at 1:18 AM**. The Clerk's failure to docket this for over a week, followed by the "duplicate" mischaracterization, constitutes a documented effort to falsify the chronological history of this case.

## III. SYSTEMIC VIOLATION OF FEDERAL RULES

The Clerk's Office's conduct constitutes a direct violation of the mandatory rules governing the District Court:

1. **Violation of FRCP 5(d)(4):** The Clerk's Office has effectively refused to "file" 86 pages of the Second Amended Complaint. By relabeling the filing as a "duplicate" and truncating the document to 61 pages, the Clerk has violated the mandatory command of **FRCP 5(d)(4)**, which prohibits the Clerk from refusing a filing. A "partial filing" is a partial refusal and a rejection of the record.

2. **Violation of FRCP 79(a):** The Clerk is mandated to maintain a truthful and accurate docket. Entering a "Quality Control" message that claims a 147-page document is a "duplicate" of a 61-page document is a falsification of the docket history, rendering the record unreliable under **FRCP 79(a)**.

*1*

3. **Violation of FRE 1002 (Best Evidence Rule):** The Clerk is attempting to force the Court to rely on a "truncated duplicate" (Doc #8) rather than the "original" 147-page submission provided via ADS. This is a forensic manipulation of the evidence submitted by the Plaintiff.

4. **Constitutional Standard:** The Supreme Court has held that the right of access to the courts is an aspect of the First Amendment right to petition. *Bill Johnson's Restaurants, Inc. v. NLRB*, 461 U.S. 731, 741 (1983). By "editing" the record, the Clerk's Office has placed a "thumb on the scale" of justice.

## IV. MANDATORY RELIEF REQUESTED

Under the Court's supervisory authority and the **Rules for Judicial-Conduct and Judicial-Disability Proceedings (Rule 16)**, Plaintiff demands:

1. **Immediate Unification of the Record:** The Clerk must be ordered to docket the 147-page filing in its entirety as the **sole operative pleading**.

2. **Sanitization of the Docket Text:** All references to "Duplicate" or "Quality Control" must be stricken, as they are factually false and prejudicial to the Plaintiff.

3. **Administrative Audit:** An inquiry into the 8-day suppression of Plaintiff's ADS filing to ensure this "Ring Around the Rosie" mentality does not continue to obstruct this litigation.

## TABLE OF AUTHORITIES

### Federal Rules of Civil Procedure:

- **FRCP 5(d)(4):** "The clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice."

- **FRCP 79(a):** Requiring the Clerk to maintain a "civil docket" that serves as a chronological and accurate history of the proceedings.

### Federal Rules of Evidence:

- **FRE 1002:** The "Requirement of the Original" (Best-Evidence Rule).

### United States Supreme Court Precedent:

- *Christopher v. Harbury*, 536 U.S. 403 (2002) (Right of access to courts).
- *Bill Johnson's Restaurants, Inc. v. NLRB*, 461 U.S. 731 (1983) (First Amendment right to petition).

### Third Circuit Precedent:

- *U.S. v. Antar*, 38 F.3d 1348 (3d Cir. 1994) (Mandatory integrity of the judicial record).

## CONCLUSION

The Clerk's Office has moved beyond administrative error and into the realm of active suppression. By "clipping" a 147-page federal complaint down to 61 pages and mislabeling the remainder as a "duplicate," the Clerk has stripped the judicial record of nearly 90 pages of forensic evidence regarding the forfeiture of judicial competence and the violation of civil rights. Public service is a trust, not a playground for clerical gatekeeping or the laundering of professional negligence through deceptive labeling. The Court cannot adjudicate a case based on a sanitized and fragmented record manufactured by its own administrative staff. To maintain the integrity of these proceedings and the public's trust in the Federal Judiciary, the Court must intervene, vacate the false "duplicate" designation, and restore the Plaintiff's complete 147-page filing to its rightful status as the operative record.

Respectfully submitted,



**ALBERT SEDGES**
*Plaintiff Pro Se*
Dated: April 23, 2026

ADS Webform Submission: Your filing was submitted and will be processed.

U.S. District Court for the District of New Jersey (do_not_reply@njd.uscourts.gov)

sedges1@yahoo.com

Monday, April 13, 2026 at 01:18 AM CDT

Submitted on Monday, April 13, 2026 - 02:18

Submitted values are:

Name: ALBERT SEDGES
Phone Number: 8626836327
Email Address: SEDGES1@YAHOO.COM
Email Address Confirm: SEDGES1@YAHOO.COM
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:26-cv-03662-CCC-CF
Case Caption: ALBERT SEDGES VS STUART MINKOWITZ
Document 1 Description: 2ND AMENDED COMPLAINT PART1 PG 1-61
  ==More Documents==
  Document 2 Description:
  Document 3 Description:
  Document 4 Description:
  Document 5 Description:

4/21/26

4

## ADS Webform Submission: Your filing was submitted and will be processed.

U.S. District Court for the District of New Jersey (do_not_reply@njd.uscourts.gov)

sedges1@yahoo.com

Monday, April 20, 2026 at 09:28 PM CDT

Submitted on Monday, April 20, 2026 - 22:28

Submitted values are:

Name: ALBERT SEDGES
Phone Number: 862-683-6327
Email Address: sedges1@yahoo.com
Email Address Confirm: sedges1@yahoo.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:26-03662-CCC-CF
Case Caption: ALBERT SEDGES VS. STUART MINKOWITZ
Document 1 Description: 2ND ATTEMPT TO CLERK
 ==More Documents==
  Document 2 Description:
  Document 3 Description:
  Document 4 Description:
  Document 5 Description:

*4/21/26*

*5*

## ADS Webform Submission: *Your filing was submitted and will be processed.*

U.S. District Court for the District of New Jersey (do_not_reply@njd.uscourts.gov)

sedges1@yahoo.com

Tuesday, April 21, 2026 at 04:55 AM CDT

Submitted on Tuesday, April 21, 2026 - 05:55

Submitted values are:

Name: ALBERT SEDGES
Phone Number: 862-683-6327
Email Address: sedges1@yahoo.com
Email Address Confirm: sedges1@yahoo.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:26-03662-CCC-CF
Case Caption: ALBERT SEDGES VS. STUART MINKOWITZ
Document 1 Description: LETTER OF 2ND SUBMISSION PGS 1-61
 ==More Documents==
  Document 2 Description:
  Document 3 Description:
  Document 4 Description:
  Document 5 Description:

4/21/26

6

## ADS Webform Submission: Your filing was submitted and will be processed.

U.S. District Court for the District of New Jersey (do_not_reply@njd.uscourts.gov)

sedges1@yahoo.com

Tuesday, April 21, 2026 at 04:59 AM CDT

Submitted on Tuesday, April 21, 2026 - 05:59

Submitted values are:

Name: ALBERT SEDGES
Phone Number: 862-683-6327
Email Address: sedges1@yahoo.com
Email Address Confirm: sedges1@yahoo.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:26-03662-CCC-CF
Case Caption: ALBERT SEDGES VS. STUART MINKOWITZ
Document 1 Description: 2ND ATTEMPT OF 2ND AMEND. COMPLAINT
 ==More Documents==
   Document 2 Description:
   Document 3 Description:
   Document 4 Description:
   Document 5 Description:

4/21/26

7