**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ALBERT SEDGES,** Plaintiff,

v.

**STUART MINKOWITZ,** Defendant.

**Civil Action No.: 2:26-cv-03662-CCC-CF**

**NOTICE OF VOLUNTARY WITHDRAWAL OF RULE 16 ALLEGATIONS & DOCKET CORRECTION REQUEST (DOC #7)**

**TO: THE CLERK OF THE COURT**
**TO: THE HONORABLE CLAIRE C. CECCHI, U.S.D.J.**
**TO: THE HONORABLE RENÉE MARIE BUMB, CHIEF U.S.D.J.**

**PLEASE TAKE NOTICE** that the Plaintiff, ALBERT SEDGES, appearing *pro se*, hereby voluntarily withdraws the **Notice of Filing Deficiency and Request for Docket Correction** filed on April 21, 2026 (entered as **Docket Item #7**).

Further, pursuant to **Judicial Council Rule 16**, Plaintiff hereby withdraws all pending allegations of misconduct or performance deficiencies previously raised against district court employees regarding the handling of undocketed submissions. This withdrawal follows a comprehensive forensic review of the official CM/ECF stamped headers applied to **Document #4** and **Document #4-1**.

+1

Plaintiff has verified that despite previous administrative delays and technical splitting of files, the Court's electronic serialization system has successfully captured and authenticated the entirety of the **147-page Second Amended Complaint.** Plaintiff is satisfied that the unified record—including all internal exhibits and forensic footnotes—is now fully indexed within the Federal Docket under the Court's PageID system.

As the Clerk has now fulfilled the administrative requirement of maintaining a complete and accurate filing, the Rule 16 grievance and the request for docket correction are moot. Plaintiff intends to proceed immediately with the issuance of summonses to ensure the efficient progression of this litigation.

Respectfully submitted,

**ALBERT SEDGES, Pro Se** 201 South Rogers Road

Hot Springs, AR 71913

862-683-6327

sedges1@yahoo.com

Dated: April 27, 2026