**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ALBERT SEDGES**, Plaintiff,

v.

**STUART MINKOWITZ,** Defendant.

**Civil Action No.: 2:26-cv-03662-CCC-CF**

**NOTICE OF CLARIFICATION REGARDING OPERATIVE PLEADING (DOC #4 / 4-1)**

**TO: THE CLERK OF THE COURT**
**TO: THE HONORABLE CLAIRE C. CECCHI, U.S.D.J.**
**TO: THE HONORABLE RENÉE MARIE BUMB, CHIEF U.S.D.J.**

**PLEASE TAKE NOTICE** that the Plaintiff, ALBERT SEDGES, appearing *pro se*, submits this Notice of Clarification to ensure the administrative integrity of the record following the withdrawal of the Docket Correction Request (Doc #7).

Plaintiff hereby formally clarifies that **Document #4** and its associated attachment, **Document #4-1** (Filed April 13, 2026), constitute the **complete, unified, and operative Second Amended Complaint** in this matter. This master filing comprises the full 147-page forensic narrative, including all evidentiary blocks, footnotes, and exhibits.

Plaintiff further clarifies that **Document #8** (Filed April 21, 2026) was a redundant submission of the first 61 pages of the complaint, filed solely to ensure receipt during a period of administrative uncertainty. **Document #8 is a duplicate and does NOT replace, supersede, or truncate the 147-page master filing identified as Document #4.**

To maintain a clean and accurate record, Plaintiff requests that the Court and the Clerk refer exclusively to the verified 147-page record found at **Document #4 / 4-1** for all future proceedings, including the issuance of summonses and the evaluation of the merits of this action.

Respectfully submitted,

**ALBERT SEDGES, Pro Se** 201 South Rogers Road

Hot Springs, AR 71913

862-683-6327

sedges1@yahoo.com

Dated: April 27, 2026