**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the Plaintiff, Albert Sedges, has changed his mailing address. Effective immediately, all future correspondence, notices, and service of process in this matter should be directed to the following address:

**Albert Sedges**
**241 South 10th Avenue**
**Forsyth, Montana 59327**

I request that the Clerk of Court update the official record in this case to reflect this change.

Dated: June 3, 2026

Respectfully submitted,

/s/ Albert Sedges

Albert Sedges, Pro Se