June 18, 2026

**VIA ELECTRONIC TRANSMISSION / EMAIL**

Office of the Clerk

United States District Court for the District of New Jersey

Newark Vicinage

Martin Luther King Building & U.S. Courthouse

50 Walnut Street

Newark, NJ 07101

**RE: Status Inquiry for Pending ADS Submissions (Submitted June 15, 2026)**

**Correct Case Number: 2:26-cv-03662-CCC-CF**

**Case Caption:** *Sedges v. Minkowitz*

To the Office of the Court Clerk:

I am submitting this formal inquiry regarding the processing and docketing status of two electronic submissions successfully uploaded through the Alternate Document Submission (ADS) webform on Monday, June 15, 2026.

Per the District of New Jersey's established ADS guidelines, documents submitted electronically are generally processed and docketed within one full business day. Today marks the third business day since submission, and these vital entries have not yet been stamped, processed, or reflected on the PACER system.

The two specific submissions awaiting docketing are detailed below:

## 1. Submission One: Affidavit of Summons

- **Submission Timestamp:** Monday, June 15, 2026, at 2:17 PM (16:17 Webform Time)

- **Document Description:** AFFIDAVIT OF SUMMONS (Proof of service upon Defendant Stuart Minkowitz)

- **Note:** This document was submitted with a typographical error in the case number field on the webform, reading as *2:26-cv-03621-EP-CF*.

## 2. Submission Two: Correcting Case Number

- **Submission Timestamp:** Monday, June 15, 2026, at 3:16 PM (17:16 Webform Time)

- **Document Description:** CORRECTING CASE NUMBER

- **Purpose:** This corrective filing was submitted immediately following the first to cross-reference and correct the typographical error, establishing that the Affidavit of Summons belongs on the active docket for Case Number **2:26-cv-03662-CCC-CF**.

Because these documents contain critical proofs regarding the service of process on the Defendant, an accurate and timely court record is essential. Please review these pending ADS transactions and ensure they are properly stamped and uploaded to the PACER system under the correct case number (**2:26-cv-03662-CCC-CF**).

Thank you for your immediate attention to this administrative matter. Please provide a confirmation or status update to my email address at sedges1@yahoo.com.

Respectfully submitted,

**Albert N. Sedges**

*Plaintiff Pro Se*