

| | | |
|---|---|---|
| **MIKIE SHERRILL**<br>*Governor* | ***State of New Jersey***<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | **JENNIFER DAVENPORT**<br>*Attorney General* |
| **DR. DALE G. CALDWELL**<br>*Lt. Governor* | | **MICHAEL C. WALTERS**<br>*Director* |

August 3, 2026

**SO ORDERED** on this 4th day of
August, 2026.
*s/Cari Fais*  _____
Hon. Cari Fais, U.S.M.J.

<u>**Via CM/ECF**</u>
Hon. Cari Fais, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:** **Albert Sedges v. Assignment Judge Stuart Minkowitz**
> **Civil Action No. 2:26-cv-3662-CCC-CF**
>
> <u>**Request for Extension of Time to Respond to Second Amended Complaint**</u>

Dear Judge Fais:

This office represents Defendant, Stuart Minkowitz, A.J.S.C., in the above-referenced matter. Defendant's response to Plaintiff's Second Amended Complaint is presently due today August 3, 2026. Due to the undersigned's competing litigation obligations, we respectfully request a brief three-day extension of time, to August 6, 2026, to respond to the Second Amended Complaint. Plaintiff has consented to this request.

We thank the Court for considering this request.

Respectfully,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:   s/Kenneth R. Schuster, Jr.   _____
Kenneth R. Schuster, Jr.
Deputy Attorney General

c: Albert Sedges (via CM/ECF)



