JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendant*
*the Hon. Stuart Minkowitz, A.J.S.C.*

By:  Kenneth R. Schuster, Jr.
     Deputy Attorney General
     (609) 376-2440
     kenneth.schuster@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**VICINAGE OF NEWARK**

| | |
|---|---|
| ALBERT SEDGES<br><br>                    Plaintiff,<br><br>        v.<br><br>ASSIGNMENT    JUDGE    STUART MINKOWITZ,<br><br>                    Defendant. | HON. Claire Cecchi, U.S.D.J.<br>HON. Cari Fais, U.S.M.J.<br><br><u>Civil Action</u><br>Docket No. 2:26-cv-3662-CCC-CF<br><br>**NOTICE OF MOTION TO DISMSIS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

To:  Clerk of the Court (via CM/ECF)

     Albert Sedges (via CM/ECF and regular mail)
     201 South Rogers Road
     APT 130
     Hot Springs, AR 71960

**PLEASE TAKE NOTICE** that on September 8, 2026, or at such other time as it may please the Court, the undersigned Jennifer Davenport, Attorney General of New Jersey, by Kenneth R. Schuster, Jr., Deputy Attorney General, on behalf of Defendant, the Hon. Stuart Minkowitz, A.J.S.C, shall move before the Honorable Claire Cecchi, U.S.D.J., of the United States District Court for the

1

District of New Jersey for an Order granting Assignment Judge Minkowtiz's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

A proposed form of Order is submitted herewith.


Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:     /s/ Kenneth R. Schuster, Jr.
Kenneth R. Schuster, Jr.
Deputy Attorney General


Dated: August 6, 2026

2