JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendant*
*the Hon. Stuart Minkowitz, A.J.S.C.*

By:  Kenneth R. Schuster, Jr.
     Deputy Attorney General
     (609) 376-2440
     Kenneth.Schuster@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**VICINAGE OF NEWARK**

| | |
|---|---|
| ALBERT SEDGES <br><br>               Plaintiff, <br><br>      v. <br><br> ASSIGNMENT    JUDGE    STUART MINKOWITZ, <br><br>               Defendant | Hon. Claire C. Cecchi, U.S.D.J. <br> Hon. Cari Fais, U.S.M.J. <br><br> <u>Civil Action</u> <br> Docket No. 2:26-cv-3662-CCC-CF <br><br> **ORDER** |

This matter having come before the Court on Motion of Jennifer Davenport, Attorney General of New Jersey, by Kenneth R. Schuster, Jr., Deputy Attorney General, on behalf of Defendant, the Hon. Stuart Minkowitz, A.J.S.C., pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the Court having considered the papers submitted herein, any opposition thereto, and for good cause shown;

**IT IS ON THIS** _____ day of _____, 2026;

**ORDERED** that Assignment Judge Minkowitz's Motion to Dismiss is GRANTED; and

1

2

**IT IS FURTHER ORDERED** that Plaintiff's claims against State Defendants are hereby DISMISSED with prejudice; and

_____
Honorable Claire C. Cecchi, U.S.D.J
United States District Judge

Dated: _____

2