JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendant*
*the Hon. Stuart Minkowitz, A.J.S.C.,*

By:  Kenneth R. Schuster, Jr.
     Deputy Attorney General
     (609) 376-2440
     Kenneth.Schuster@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**VICINAGE OF NEWARK**

| | |
|---|---|
| ALBERT SEDGES<br><br>                        Plaintiff,<br><br>            v.<br><br>ASSIGNMENT    JUDGE    STUART MINKOWITZ,<br><br>                        Defendant. | HON. Claire C. Cecchi, U.S.D.J.<br>HON. Cari Fais, U.S.M.J.<br><br><u>Civil Action</u><br>Docket No. 2:26-cv-3662-CCC-CF<br><br>**CERTIFICATION OF SERVICE** |

I certify that, on August 6, 2026, Assignment Judge Minkowitz's Notice of Motion to Dismiss Plaintiff's Amended Complaint, Brief in Support of Motion, Proposed Order, along with this Certification of Service, were electronically filed with the Clerk of the United States District Court, causing those documents to be served on all counsel of record. I also certify that those documents will be served on Plaintiff via regular mail.

1

I certify that the foregoing statements by me are true. I understand that if any of the forgoing statements are willfully false, I may be subject to punishment.

By:  s/ Kenneth R. Schuster, Jr.
     Kenneth R. Schuster, Jr.
     Deputy Attorney General

Dated: August 6, 2026

2